UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| STEVEN JUAREZ, *individually and on behalf of all others similarly situated*, | § § § § | |
| *Plaintiff*, | § § | EP-18-CV-00207-DCG |
| v. | § § | |
| GENERAL MOTORS LLC and MISSION CHEVROLET, LTD., | § § § § | |
| *Defendants*. | § | |

## ORDER DISMISSING CASE

On September 18, 2018, the parties in the above-captioned case filed a "Stipulation of Dismissal with Prejudice" (ECF No. 11), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therein, the parties stipulate that this matter is voluntarily dismissed in full and with prejudice as to all Defendants.

Accordingly, **IT IS ORDERED** that all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**, with the parties to bear their respective fees and costs.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall **CLOSE** this case.

So ORDERED and SIGNED this 18th day of September 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE